**FOURTH DIVISION**
**DOYLE, C. J.,**
**MILLER, P. J., and DILLARD, J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
http://www.gaappeals.us/rules

**August 18, 2016**

# In the Court of Appeals of Georgia

A14A1577. STRICKLAND v. STRICKLAND et al.

MILLER, Presiding Judge.

In *Strickland v. Strickland*, 298 Ga. 630 (783 SE2d 606) (2016), the Supreme Court of Georgia reversed the judgment of this Court in *Strickland v. Strickland*, 330 Ga. App. 879 (769 SE2d 607) (2015). We therefore vacate our opinion in *Strickland*, supra, 330 Ga. App. at 879 and adopt the judgment of the Supreme Court as the opinion of this Court.

*Judgment affirmed. Doyle, C. J., and Dillard, J., concur*.